**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-6475**

—————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

JOSE FERREIRA,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:90-cr-00432-AVB-1)

—————————

Submitted:  May 23, 2013                Decided:  May 29, 2013

—————————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jose Ferreira, Appellant Pro Se.  Lawrence Joseph Leiser,
Assistant United States Attorney, Alexander, Virginia, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Ferreira appeals the district court's order denying his motion seeking a reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error, given that Ferreira is ineligible for the reduction that he seeks. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED